IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01962-REB-MJW

WILLIE E. WASHINGTON,

Plaintiff,

v.

T-MOBILE USA, INC., a Delaware corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 24) is GRANTED finding good cause shown. The written Protective Order (docket n. 24-1) is APPROVED as amended in paragraph 7 and 9 and made an Order of Court.

Date: February 18, 2015