**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-01962-REB-MJW

WILLIE E. WASHINGTON,

    Plaintiff,

v.

T-MOBILE USA., INC., a Delaware corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal with Prejudice** [#28][1] filed March 16, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal with Prejudice** [#28] filed March 16, 2015, is approved;

    2. That all pending pretrial deadlines are vacated;

    3. That the combined Final Pretrial Conference/Trial Preparation Conference set July 10, 2015, is vacated;

    4. That the jury trial set to commence August 3, 2015, is vacated; and

---

[1] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2

      5.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

      Dated March 19, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge

2